IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:09-cr-45-SPM/WCS

JAMIE MARIE CALOWAY,

    Defendant.

_____/

**ORDER OF COMPETENCY AND REFERENCE TO MAGISTRATE JUDGE**

    The parties have had an opportunity to review the forensic evaluation and request a competency hearing if they still had reason to question Defendant's competency to stand trial.  The Court has been informed that the Defendant will not request a competency hearing, and that the Defendant wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge..  Upon its own review, the Court finds all reasonable doubts have been dispelled as to Defendant's competency to stand trial.  Accordingly, it is ORDERED AND ADJUDGED as follows:

    1.    That the Defendant is competent to stand trial.

    2.     That the above captioned criminal case be referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal

Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

DONE AND ORDERED this <u>thirtieth</u> day of December, 2009.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge